**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00204-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    PEDRO GONZALEZ-JUAREZ, a/k/a ALBERTO GONZALEZ,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that pursuant to Defendant's Notice of Disposition (Doc 12 - filed May 19, 2010), a change of plea hearing regarding Defendant Gonzalez-Juarez is set **Friday, June 28, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.


Dated: May 21, 2010