**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00204-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     PEDRO GONZALEZ-JUAREZ, a/k/a ALBERTO GONZALEZ,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that the sentencing hearing regarding Defendant Gonzalez-Juarez is set **Tuesday, August 31, 2010 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.


Dated:  June 18, 2010

---