IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE LEWIS T. BABCOCK
COURTROOM MINUTES

_____

| Courtroom Deputy: Deborah Hansen | Date: September 2, 2010 |
| Court Reporter: Gwen Daniel | Probation: Justine Kozak |
| | Interpreter: Melinda Gonzalez-Hibner |

_____

Criminal Action No. 10-cr-00204-LTB     *Counsel:*

UNITED STATES OF AMERICA,     John Canedy

    Plaintiff,

v.

1. PEDRO GONZALEZ-JUAREZ a/k/a     Edward Harris
ALBERTO GONZALEZ,

    Defendant.

_____

## SENTENCING
_____

10:37 a.m.     Court in Session

Defendant is present and in custody.

Interpreter sworn

Appearances

Court's comments

The defense filed, on July 12, 2010, Motion For Variance to Time-Served Sentence (Doc No. 20).

1

The Government objects to the Motion For Variance.

Argument by Mr. Harris

Argument by Mr. Canedy

Defendant's Statement

Court's further comments

**ORDERED:** **The Motion For Variance to Time-Served Sentence (Doc No. 20) is DENIED.**

> Defendant plead guilty to a one-count Indictment on June 18, 2010.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Pedro Gonzalez-Juarez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten months.**

**ORDERED**: **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

The sentence imposed is one that the Court finds is sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S.C. § 3553(a).

**ORDERED**: Conditions of Supervised Release:
- (x) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released
- (x) Defendant shall not commit another federal, state or local crime
- (x) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921
- (x) Defendant shall comply with standard conditions as adopted by the court
- (x) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because it is likely defendant will be deported.
- (x) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS**: of Supervised Release
- (x) Defendant, if deported, shall not return to the U.S. illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED:** Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment) to be paid immediately

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**: Defendant advised of right to appeal.

The Court recommends that ICE deport Mr. Gonzalez at Nogales, Arizona.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

11:12 a.m.  Court in Recess
Hearing concluded
Time: /35